

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR POSSESSION OF FIREARM BY A CONVICTED FELON AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-50-BAJ-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(d) |
| MICHAEL BEAUCHAMP | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

On or about December 5, 2017, in the Middle District of Louisiana, **MICHAEL BEAUCHAMP**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a Colt 1911, .45 caliber handgun (Serial # C92466), said firearm having been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense contained in this Indictment, **MICHAEL BEAUCHAMP**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code,

USA Designated Group
USM Designated Group
USPO

Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

1. a Colt 1911, .45 caliber handgun (Serial # C92466), and;

2. 8 live rounds of Federal .45 caliber ammunition.

UNITED STATES OF AMERICA, BY

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

4-25-19

DATE

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

**Matter to be sealed:** ☐ No  ☒ Yes

**Related Case Information:**

Superseding Indictment _____  Docket Number _____
Same Defendant _____  New Defendant ☒
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: MICHAEL BEAUCHAMP

**U.S. Attorney Information:**

AUSA: William K. Morris   Bar #: LBN 28694

**Interpreter:** ☒ No  ☐ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of firearm by a convicted felon | 1 | Felony |

Date: 4/25/19   Signature of AUSA: [signature]

District Court Case Number (To be filled in by deputy clerk): _____