UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
APR 2 5 2019
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

## *GRAND JURY RETURN*

Date: April 25, 2019

UNITED STATES OF AMERICA

VERSUS

MICHAEL BEAUCHAMP

CRIMINAL CASE

NO. 19-50-BAJ-RLB

PRESENT:   Frederick Angelo Menner, Jr.
Counsel for U.S.A.

Indictment filed.

This matter is filed under SEAL until the defendant is arrested or makes an initial appearance, whichever occurs first, unless otherwise specifically ordered to the contrary.

Arrest warrant issued.

* * * * *