AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

4/26/2019 12:10:29 PM

MIDDLE DISTRICT OF LOUISIANA

United States of America
v.

MICHAEL BEAUCHAMP
*Defendant*

)
)  Case No.  19-50-BAJ-RLB
)
)
)
)
)

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MICHAEL BEAUCHAMP,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

Date:  04/25/2019

*Issuing officer's signature*

City and state:  Baton Rouge, LA

Erin Wilder-Doomes, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/26/2019, and the person was arrested on *(date)* 5/7/2019
at *(city and state)* Baton Rouge, LA.

Date: 5/7/2019

*Arresting officer's signature*

Jeff Bowie DUSM
*Printed name and title*